IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SADIR ARVIZU-VELAZQUEZ                                            PETITIONER
REG # 31345-510

v.                         Case No. 2:25-cv-00211-JM-BBM

C. HUMPHREY, Warden                                               RESPONDENT

## ORDER

This habeas case is dismissed without prejudice because Petitioner Sadir Arvizu-Velazquez has neither paid the $5 filing fee required by 28 U.S.C. § 1914(a), nor requested to proceed *in forma pauperis*, as ordered by the Court. (Doc. 2). The time to do so has expired. *See* RULE 5.5(c)(2), LOCAL RULES FOR THE EASTERN AND WESTERN DISTRICTS OF ARKANSAS; FED. R. CIV. P. 41(b). The Court certifies under 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this order or the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE