IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SADIR ARVIZU-VELAZQUEZ                                        PETITIONER
REG # 31345-510

v.                    Case No. 2:25-cv-00211-JM-BBM

C. HUMPHREY, Warden                                           RESPONDENT

## JUDGMENT

Consistent with the order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE